**FILED**

AUG 14 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RICHARD THOMPSON,<br><br>Plaintiff. | No. C 13-02911 EJD (PR)<br><br>ORDER OF DISMISSAL |

On June 24, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff two separate notices informing him that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED: 8/13/13

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\EJD\CR.13\02911Thompson_dism-ifp&compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE RICHARD THOMPSON,

    Plaintiff.

Case Number CV 13-02911 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __8/14/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Richard Thompson**
P53438
C-13, 224L
P.O. Box 409060
Ione, CA 95640

DATED: __8/14/13__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk